```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
EMI APRIL MUSIC, INC., EMI BLACKWOOD :    08 CIV. 9610 (DLC)
MUSIC, INC., EMI VIRGIN MUSIC, INC., :
EMI VIRGIN SONGS, INC., EMI FULL KEEL:    ORDER OF
MUSIC, EMI LONGITUDE MUSIC, EMI AL   :    DISCONTINUANCE
GALLICO MUSIC, EMI GOLDEN TORVH MUSIC:
CORPORATION, EMI GOLD HORIZON MUSIC  :
CORPORATION, COLGEMS-EMI MUSIC INC., :
BEECHWOOD MUSIC CORPORATION, GLENWOOD:
MUSIC CORP. JOBETE MUSIC COMPANY, INC.,:
STONE AGATE MUSIC, and STONE DIAMOND :
MUSIC CORPORATION,                   :
                                     :
                    Plaintiffs,      :
                                     :
          -v-                        :
                                     :
EATSLEEPMUSIC CORPORATION, TREVOR    :
MCGUIRE, and RALPH MOXNESS,          :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-09

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:   New York, New York
         February 25, 2009

                              _____
                                      DENISE COTE
                              United States District Judge